United States District Court
Southern District of Texas
**ENTERED**
September 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RENE GONZALEZ-DAVILA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-025 |
| | § | |
| ROBERT FARLEY | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Rene Gonzalez-Farley's action pursuant to 28 U.S.C. § 2241. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 4 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 should be **DISMISSED** and that a certificate of appealability should be **DENIED** as unnecessary.

The Clerk shall send a copy of this Order to the Petitioner.

SO ORDERED September 9, 2021, at McAllen, Texas.

Randy Crane
United States District Judge